UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| Felicity Baker, <br><br> Plaintiff, <br> v. <br><br> Audit Systems, Inc.; and <br> DOES 1-10, inclusive, <br><br> Defendant. | : <br> : <br> : <br> : Civil Action No.: 4:10-CV-751 <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>

Plaintiff, Felicity Baker, by her attorney, hereby withdraws her complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: May 12, 2010

Respectfully submitted,

By: /s/ Diana P. Larson
Diana P. Larson
Texas Bar No. 24007799
The Larson Law Office, PLLC
14785 Preston Road, Suite 550
Dallas, Texas  75154
Telephone:  (877) 775-3666
Facsimile:  (877) 795-3666
Email:  diana@thelarsonlawoffice.com

<u>Of Counsel To:</u>
LEMBERG & ASSOCIATES L.L.C.
A Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (877) 795-3666
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 12, 2010, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system.

                                            By: __/s/ Diana P. Larson_____
                                                   Diana P. Larson