UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FELICITY BAKER, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-10-751 |
| | § | |
| AUDIT SYSTEMS, INC., | § § | |
| Defendant. | § | |

ORDER

In accordance with the Notice of Dismissal filed on May 12, 2010, it is hereby ORDERED that this action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

SIGNED at Houston, Texas, on this 19th day of May, 2010.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE